# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 18–89 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR CONTINUANCE** |
| MARQUIS WILLYJOHN TUCKER, | |
| Defendant. | |

Erica H. MacDonald, United States Attorney, and Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Keala C. Ede, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court upon the defendant's motion to continue trial and exclude time under the speedy trial act. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act and in the accompanying motion.

Accordingly, **IT IS HEREBY ORDERED**, that:

1. The trial in this case is scheduled to be held January 28, 2019 at 9:00 a.m. in Courtroom 15 before the Honorable John R. Tunheim at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

2. The parties are directed to submit pre-trial submissions and motions in limine on or before January 16, 2019. Responses are due on or before January 21, 2019.

IT IS FURTHER ORDERED that two weeks shall be excluded from the Speedy Trial Act computations in this case from the date of this Order through January 28, 2019.

DATED: December 27, 2018  
at Minneapolis, Minnesota.
      _____John R. Tunheim_____  
      JOHN R. TUNHEIM  
      Chief Judge  
      United States District Court